```
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF TENNESSEE
          AT GREENEVILLE
```

| | |
|---|---|
| TIM DELANEY, et al. ) | |
| ) | |
| v. ) | NO. 2:06-CV-137 |
| ) | |
| JOHNSON CITY, TENNESSEE, *et al.* ) | |

## **MEMORANDUM**

This is a *pro se* civil rights action filed under 42 U.S.C. § 1983 by plaintiffs Tim Delaney and Tasha Boyd, who alleged violations of their rights as secured by the Constitution. They also alleged claims under state law. By memorandum and order entered on December 12, 2007, the Court dismissed several claims and ordered plaintiffs to inform the Court, within ten days, as to the status of criminal proceedings brought against them.

Copies of this order ultimately were mailed to plaintiffs on December 19, 2007, at the address they listed as their current address in the complaint, but the order was returned to the Court by the postal authorities more than ten days ago marked, "Undeliverable As Addressed, Unable to Forward." Obviously, plaintiffs have failed to keep the Court apprised as to their correct address and, without it, neither the Court nor the defendants can communicate with them regarding their case.

Therefore, this action will be **DISMISSED** by separate order for plaintiffs' failure to prosecute their claims. *See* Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE